# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144346(21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC:  144346
COA:  306437
Wayne CC:  74-000772-FM

GEARY GILMORE,
      Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's July 24, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

Clerk

h0917